IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION


RODNEY BOYD, INDIVIDUALLY, AND
AS GUARDIAN AND NEXT FRIEND OF
COLE BOYD AND MONTE BOYD, minors                    PLAINTIFFS

VS.                          CIVIL ACTION NO. 5:13-cv-13(DCB)(MTP)

SOUTHERN ENERGY HOMES, INC.,
McCANTS MOBILE HOMES, LLC,
AND JOHN DOES 1 through 10                          DEFENDANTS


ORDER

This cause is before the Court on defendant Southern Energy
Homes, Inc.'s Motion to Compel Arbitration (docket entry 12), and
defendant McCants Mobile Homes, LLC's Motion to Compel Arbitration
(docket entry 14).  The parties have agreed to arbitrate all
claims, and have presented a Chancery Court Order approving
submission of the minors' claims to arbitration (see Docket Notice
Entry of March 3, 2014).  Accordingly,

IT IS HEREBY ORDERED that defendant Southern Energy Homes,
Inc.'s Motion to Compel Arbitration **(docket entry 12)**, and
defendant McCants Mobile Homes, LLC's Motion to Compel Arbitration
**(docket entry 14)** are MOOT.

SO ORDERED, this the 25th day of March, 2014.


/s/ David Bramlette
UNITED STATES DISTRICT JUDGE