```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       WESTERN DIVISION


RODNEY BOYD, INDIVIDUALLY, AND
AS GUARDIAN AND NEXT FRIEND OF
COLE BOYD AND MONTE BOYD, minors                    PLAINTIFFS

VS.                         CIVIL ACTION NO. 5:13-cv-13(DCB)(MTP)

SOUTHERN ENERGY HOMES, INC.,
McCANTS MOBILE HOMES, LLC,
AND JOHN DOES 1 through 10                          DEFENDANTS
```

ORDER OF DISMISSAL

This cause is before the Court on defendants Southern Energy Homes, Inc.'s and McCant's Mobile Home, LLC's Motion for Entry of Order of Dismissal **(docket entry 22)**, which is unopposed by the plaintiffs (docket entry 23). By Order of March 25, 2014, the Court referred all claims of the plaintiffs to arbitration, and this case was subsequently stayed pending arbitration. All claims were arbitrated by agreement of the parties. By Agreed Order dated July 9, 2015 (docket entry 22-5), signed by the attorneys of record for the parties, and expressly endorsed by Rodney Boyd, individually and as guardian and next friend of the minors Cole Boyd and Monty Boyd, the plaintiffs' claims in this action in arbitration were dismissed without prejudice.

Inasmuch as all claims have been dismissed in arbitration,

IT IS HEREBY ORDERED that defendants Southern Energy Homes, Inc.'s and McCant's Mobile Home, LLC's Motion for Entry of Order of Dismissal **(docket entry 22)** is GRANTED, and all claims are

dismissed without prejudice.

A Final Judgment dismissing this action without prejudice shall be entered of even date herewith.

SO ORDERED, this the 29th day of July, 2015.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE